

**SO ORDERED.**

**SIGNED this 01 day of April, 2010.**

_Stephani W. Humrickhouse_
**Stephani W. Humrickhouse**
**United States Bankruptcy Judge**

___

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| **IN RE:** | |
| | **CASE NO.** |
| **MICHAEL GEORGE MYERS** | |
| | **08-08353-8-RDD** |
| **DEBTOR** | |
| | |
| **MICHAEL GEORGE MYERS** | |
| Plaintiff | **ADVERSARY PROCEEDING NO.** |
| v. | **H-08-00256-8-AP** |
| **EDUCATIONAL CREDIT MANAGEMENT CORPORATION** | |
| Defendant. | |

### ORDER CORRECTING ORDER OF MARCH 9, 2010

On March 9, 2010, this court entered a Memorandum Opinion and Order Allowing Motion for Summary Judgment. The final paragraph of page 8 of that order is amended as follows to correct a typographical error:

> Because Mr. Myers has not met any of the three elements of the <u>Brunner</u> test, he has not shown that not discharging the student loans would cause an "undue hardship." Consequently, the court concludes that the student loans remain excepted from discharge under § 523(a)(8).

**SO ORDERED.**

**END OF DOCUMENT**